IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SOUFIA AMALEK,

      Appellant,

v.

BURGER KING
CORPORATION/
BROADSPIRE,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-988

_____/

Opinion filed January 21, 2015.

An appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: June 23, 2000.

Soufia Amalek, pro se, for Appellant.

Charlie Martinez of Martinez, Roman, Goehl, P.A., Miami, and Stephanie R. Hayes,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.